# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * *<br>**ALFRED T. GIULIANO, IN HIS**<br>**CAPACITY AS CHAPTER 7 TRUSTEE**<br>**FOR THE ESTATE OF LTCCORP**<br>**GOVERNMENT SERVICES-MI, INC.**<br>**A/K/A LAKESHORE ENGINEERING**<br>**SERVICES, INC.,**<br><br>            **Plaintiff,**<br>        **v.**<br><br>**UNITED STATES,**<br><br>            **Defendant.**<br>* * * * * * * * * * * * * * * * | No. 13-64C<br>Filed:  July 14, 2016 |

## O R D E R

The court is in receipt of the parties' July 14, 2016 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that the above captioned case be **DISMISSED,** with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
        **Judge**
